IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Ryan M. Cato, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 2:20-cv-02563-JD |
| | ) | |
| vs. | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| Innovative Gunfighter Solutions, Inc.; | ) | **WITH PREJUDICE** |
| Primary Weapons, Inc., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel, hereby stipulate that this action is dismissed with prejudice, with the parties to bear their own respective costs and fees.

[Signature Page to Follow]

**WE CONSENT:**

*s/R. Patrick Flynn*
R. Patrick Flynn, Esquire
Fed. ID #: 6247
pflynn@popeflynn.com
Pope Flynn, LLC
Post Office Box 70
Charleston, SC  29402
*Counsel for Plaintiff*

*s/Kyle L. Brady*
Christian Stegmaier, Esquire
Fed. ID #:  08007
cstegmaier@collinsandlacy.com
Kyle L. Brady, Esquire
Fed. ID #:  13591
kbrady@collinsandlacy.com
Post Office Box 12487
Columbia, SC  29211
*Counsel for Defendant Innovative Gunfighter Solutions, Inc.*

*s/James D. Gandy, III*
D. Jay Davis, Jr., Esquire
Fed. ID #:  6723
jdavis@ycrlaw.com
Gaillard T. Dotterer, III, Esquire
Fed. ID #:  13043
gdotterer@ycrlaw.com
James D. Gandy, III, Esquire
Fed. ID #:  5141
tgandy@ycrlaw.com
Clement Rivers, LLP
Post Office Box 993
Charleston, SC  29402
*Counsel for Defendant Primary Weapons, Inc.*

March 27, 2023

2